# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 01 CR 1115-3 |
| ) | |
| **LEONEL DURAN**, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

This Court's two-page March 15, 2017 memorandum opinion and order ("Opinion") set out a brief summary of the United States' response to the attempt by Leonel Duran ("Duran") to obtain relief under Amendment 782 to the Sentencing Guidelines -- a response that the Opinion said "appears compelling" because Duran clearly did not qualify for relief under 18 U.S.C. § 3582(c)(2). As this Court said there:

> That bar is confirmed by the decision in <u>Dillon v. United States</u>, 569 U.S. 817, 821-22 (2010).

That said, however, this Court concluded the Opinion by "defer[ring] its final ruling on Duran's motion until his appointed counsel has had an opportunity to consider that response and speak to the issue." That has now taken place, with counsel again having stated that she had "nothing to add." Accordingly, because the analysis in the United States' response plainly (and correctly) calls for the denial of Duran's motion, this Court so orders.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 21, 2017